# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Mike T Davitt,

            Plaintiff,

  v.

MaQuade Chesley,

            Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00354-JAD-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered for Defendant with prejudice. This matter is now closed.

7/12/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk